May 17, 2016



# JUDGMENT
# The Fourteenth Court of Appeals

CHRISTUS HEALTH GULF COAST, D/B/A CHRISTUS ST. JOHN HOSPITAL, AND CHRISTUS ST. JOHN HOSPITAL, Appellants

NO. 14-15-00643-CV          V.

ALISON DAVIDSON, INDIVIDUALLY, AS HEIR, AND AS INDEPENDENT ADMINISTRATRIX AND REPRESENTATIVE OF THE ESTATE OF PAUL ALAN DAVIDSON, DECEASED, CAROLYN DAVIDSON, LANCE DAVIDSON, ALEX DAVIDSON, DEREK DAVIDSON, AND STEFANIE DAVIDSON, INDIVIDUALLY AND AS HEIRS OF THE ESTATE OF PAUL ALAN DAVIDSON, DECEASED, Appellees

_____

This cause, an appeal from an order signed, July 13, 2015, was heard on the transcript of the record. We have inspected the record and find error in the order. We therefore order the order of the court below **REVERSED** and **REMAND** this case with instructions to the trial court (1) to dismiss the appellees' claims with prejudice under Civil Practice and Remedies Code section 74.351(b), (2) to conduct further proceedings to determine the amount of reasonable attorney's fees that should be awarded to the appellants under this statute, and (3) to award the appellants reasonable attorney's fees and court costs incurred by the appellants.

We further order that all costs incurred by reason of this appeal be paid by appellees Alison Davidson, individually, as heir, and as independent administratix and representative of the estate of Paul Alan Davidson, deceased, Carolyn Davidson, Lance Davidson, Alex Davidson, Derek Davidson, and Stefanie Davidson, individually and as heirs of the estate of Paul Alan Davidson, deceased, jointly and severally. We further order this decision certified below for observance.